IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CHIQUITA WOODS and**
**ROSLYNE R. MOORE**                                                          **PLAINTIFFS**

**v.**                              **CASE NO. 3:05CV00126WRW**

**E. KELLY, et al.**                                                           **DEFENDANTS**

**JUDGMENT**

Based on an Order entered this date, this case is DISMISSED.

IT IS SO ORDERED THIS 18th day of October, 2005.


    /s/ Wm. R.Wilson,Jr.
   UNITED STATES DISTRICT JUDGE

1